190 So.2d 241

**Carl A. HOOVER**

**v.**

**John R. WAGNER et al.**

**No. 48358.**

Oct. 11, 1966.

In re: John R. Wagner and Allstate Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 189 So.2d 20.

Writ refused. On the facts of the case found by the Court of Appeal the result is correct.

■

190 So.2d 241

**STATE of Louisiana ex rel. Anthony J. SUNSERI**

**v.**

**Emile J. THOMAN et al.**

**No. 48362.**

Oct. 11, 1966.

In re: Mrs. Lola D. Shumaker, widow of Emile J. Thoman, applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of St. Tammany. 189 So.2d 44.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.